

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00371-CR

**EX PARTE** Alejandro **RODRIGUEZ-ARIAS**

From the County Court, Kinney County, Texas
Trial Court No. 13173CR
Honorable Todd A. Blomerth, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

    In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

    SIGNED July 30, 2025

_____
Adrian A. Spears II, Justice

---

[1] Senior Judge Todd A. Blomerth signed the order denying the habeas corpus relief at issue in this appeal.